UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20679-CR
[also to be docketed in Case No. 10-20563-CV-GOLD]

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANFORD GREEN,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION [ECF No. 108];
DENYING SUPPLEMENTAL REPONSE [ECF No. 106]**

THIS CAUSE comes before the Court on Magistrate Judge Patrick A. White's Endorsed Order [ECF No. 108], dated March 27, 2012, recommending Green's Supplemental Response [ECF No. 106] be denied. On June 28, 2012, Plaintiff filed a Notice of Inquiry [ECF No. 109] stating he had not received certain Court orders. On October 10, 2012, I ordered the Clerk of Court to send Plaintiff a copy of the Court orders, and also a copy of the docket sheet in Case No. 06-cr-20679 and Case No. 10-cv-20563. The Clerk complied with my Order.

Over a month has passed, and Plaintiff has not filed Objections to Magistrate Judge White's recommendation. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("The statute does not on its face require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection."). It is hereby ORDERED AND ADJUDGED that:

1. Magistrate Judge Patrick A. White's Endorsed Order [ECF No. 108] is ADOPTED.

2. Green's Supplemental Response [ECF No. 106] is DENIED.

DONE AND ORDERED in Chambers in Miami, Florida this 14th day of November, 2012.

*[signature]*

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:  Stanford Green
     Reg. No. 77008-004
     P. O. Box SB 51106
     Nassau
     Bahamas